IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01100-WDM-PAC

PHATRAT TECHNOLOGY, INC.,

      Plaintiff,

v.

POLAR ELECTRO INC. AND
POLAR ELECTRO OY,

      Defendants.

---

## NOTICE OF DISMISSAL

---

      The court takes judicial notice that the parties have filed a Stipulation for

Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the

complaint and counterclaims are dismissed with prejudice, each party to pay his or its

own costs and attorneys' fees.

      DATED at Denver, Colorado, on August 8, 2006.

                           BY THE COURT:


                           s/ Walker D. Miller
                           United States District Judge

PDF FINAL